UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLYNNIS SIMMONS : <br> Plaintiff, : <br> : <br> v. : <br> : <br> SHANER OPERATING CORP. : <br> D/B/A RADISSON HOTEL & CONFERENCE : <br> CENTER : <br> Defendants. : | CIVIL NO. 303CV00575 (MRK) <br><br><br><br><br> February 20, 2004 |

## MOTION TO EXTEND DISCOVERY DEADLINE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, the Defendants, Shaner Hotel Group Limited Partnership d/b/a the Radisson Hotel and Conference Center, Connecticut, Shaner Operating Corp., General Partner, Operator and Manager thereof incorrectly pled as Shaner Operating Corp. d/b/a Radisson Hotel & Conference Center, respectfully requests a thirty (30) day extension of time, up to and including March 31, 2004 to complete discovery and up to and including May 3, 2004 for filing dispositive motions. In support of this Motion, the Defendants provide the following:

1. Pursuant to the Report of Parties' Planning Meeting, which was Approved on June 13, 2003 the deadline for Discovery is March 1, 2004 and the deadline for filing dispositive motions is April 1, 2004.

2. The parties have exchanged written discovery. The parties also have attempted to schedule depositions.

3.  Due to trials and other commitments, counsel have been unable to complete depositions.

4.  Counsel for Defendant contacted Plaintiff's counsel regarding this motion on February 19, 2004, and was informed he does not object to the granting of this motion.

5.  No other motions for extension of time have been filed with respect to extending the discovery cut-off and dispositive motion deadlines.

WHEREFORE, the Defendants respectfully move for an extension of time, up to and including March 31, 2004 to complete discovery and up to and including May 3, 2004 to file dispositive motions.

DEFENDANT,
SHANER OPERATING CORP.
d/b/a RADISSON HOTEL &
CONFERENCE CENTER

By: _____
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel. (860) 522-0404
Fax. (860) 247-1330
E-mail: anthonyw@jacksonlewis.com

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 20 day of February, 2004, to the following:

                Bruce A. Chaplin, Esq.
                208 Main Street
                Durham, CT  06422

                _____
                William J. Anthony