UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED
APR 6  1 30 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| GLYNNIS SIMMONS<br>　　Plaintiff, | CIVIL NO. 303CV00575 (MRK) |
| v. | |
| SHANER OPERATING CORP.<br>D/B/A RADISSON HOTEL & CONFERENCE CENTER<br>　　Defendant. | APRIL 5, 2004 |

## JOINT STATUS REPORT

Pursuant to the Court's Order Regarding Endorsement and Scheduling, dated February 26, 2004, the Plaintiff, Glynnis Simmons, and Defendant, Shaner Operating Corp. d/b/a Radisson Hotel & Conference Center, jointly state as follows:

### A.　PLEADINGS

This action was filed on March 31, 2003. On May 28, 2003, Defendant filed its Answer and Affirmative Defenses. In accordance with Fed. R. Civ. P. 16(b) and 26(f), the parties submitted their Report of Parties' Planning Meeting to the Court on June 9, 2003. The Court issued the aforementioned Order Regarding Endorsement and Scheduling on February 26, 2004. In its Order, the Court adopted the parties' suggested deadlines as follows:

Discovery deadline:　**March 31, 2004**
Deadline for dispositive motions: **May 3, 2004**

The Court also required that the parties' Joint Trial Memorandum be filed not later than **June 3, 2004**, and the case shall be deemed trial ready upon on **June 3, 2004**.

B.   **STATUS OF CASE**

The parties have nearly completed discovery. Defendant served its First Set of Interrogatories and First Request for Production on May 28, 2003. Plaintiff served her responses to Defendant's discovery on August 4, 2003. Defendant served its Second Set of Interrogatories and Second Request for Production on March 22, 2004. Plaintiff is in the process of responding to Defendant. Plaintiff's deposition was taken on March 16, 2004. Defendant did not serve any Interrogatories or Requests for Production on Defendant or take any depositions.

C.   **PENDING MOTIONS**

There are currently no pending motions before this Court.

D.   **SETTLEMENT DISCUSSIONS**

Counsel for the parties have been communicating in good faith regarding the settlement of this matter. The parties do not feel that reference to a United States Magistrate Judge or to the District's Special Masters program would be beneficial because settlement is unlikely at this time. The parties prefer a settlement conference with the magistrate judge if one is scheduled.

E.   **TRIAL**

1.   The parties do not consent to a trial before a Magistrate Judge.

2.   Defendant intends to file a motion for summary judgment.

3.   The case will be ready for trial within 60 days after the filing of the Joint Trial Memorandum which is due on June 3, 2004.

4.   The parties estimate the length of trial as 5 days.

Respectfully submitted,

PLAINTIFF,
GLYNNIS SIMMONS
By: _____  Date: 4/5/04
Bruce A. Chaplin, Esq.
208 Main Street
Durham, CT 06422
(860) 349-0528
Fed Bar (ct 05675)


DEFENDANT,
SHANER OPERATING CORP.
D/B/A RADISSON HOTEL & CONFERENCE
CENTER
By: _____  Date: 4/2/04
William J. Anthony, Esq.
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404
Fed Bar (ct 17865)