UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLYNNIS SIMMONS<br>Plaintiff, | CIVIL NO. 303CV00575 (MRK) |
| v. | |
| SHANER OPERATING CORP.<br>D/B/A RADISSON HOTEL & CONFERENCE CENTER<br>Defendants. | APRIL 2, 2004 |

## APPEARANCE

Please enter the appearance of the undersigned counsel in the above-captioned matter on behalf of the Defendant Shaner Operating Corp., d/b/a Radisson Hotel & Conference Center.

DEFENDANT,
SHANER OPERATING CORP.
d/b/a RADISSON HOTEL &
CONFERENCE CENTER

By: _____
Tanya A. Wolanic (ct 24252)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel. (860) 522-0404
Fax. (860) 247-1330
E-mail: wolanict@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 2nd day of April, 2004, to the following:

Bruce A. Chaplin, Esq.
208 Main Street
Durham, CT 06422

Tanya A. Wolanic