UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLYNNIS SIMMONS<br>　　Plaintiff, | CIVIL NO. 303CV00575 (MRK) |
| v. | |
| SHANER OPERATING CORP.<br>D/B/A RADISSON HOTEL & CONFERENCE CENTER<br>　　Defendant. | JANUARY 13, 2005 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff, GLYNNIS SIMMONS, through her undersigned counsel who is authorized by his client to execute this stipulation, that the above-captioned action be dismissed as to the above-captioned defendant in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements.

PLAINTIFF,
GLYNNIS SIMMONS

By: _____
Bruce A. Chaplin, Esq. (ct 05675)
208 Main Street
Durham, CT 06422
North Haven, CT 06473
Ph.   (860) 349-0528
Fax　 (860) 349-0483

DEFENDANT,
SHANER OPERATING CORP.
D/B/A RADISSON HOTEL & CONFERENCE CENTER

By: _____
William J. Anthony, Esq. (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue
Hartford, CT 06105
Ph:   (860) 522-0404
Fax:  (860) 247-1330
anthonyw@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 25th day of January 2005 to the following counsel of record:

Bruce A. Chaplin, Esq.
208 Main Street
Durham, CT 06422

William J. Anthony